UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN KIRKLAND,
Inmate # R22098,
    Petitioner,

vs.                                   Case No. 3:14cv11/MCR/EMT

JULIE L. JONES,
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 15, 2015.  (Doc. 31).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This habeas action is **DISMISSED** for lack of jurisdiction.

    3.    A certificate of appealability is **DENIED**.

    4.    All pending motions are **DENIED as moot**.

**DONE AND ORDERED** this 18th day of May, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**